**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 00-1899**

―――――――――――

GRETHA M. HURST,

Plaintiff - Appellant,

versus

HOME DEPOT U.S.A., INCORPORATED, a/k/a Home
Depot,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Falcon B. Hawkins, Senior District
Judge. (CA-99-1334-11)

―――――――――――

Submitted: December 20, 2000        Decided: January 8, 2001

―――――――――――

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

G. Thomas Hill, HILL, HILL & HILL, Ravenel, South Carolina, for Ap-
pellant. James H. Elliott, Jr., BARNWELL, WHALEY, PATTERSON &
HELMS, L.L.C., Charleston, South Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gretha M. Hurst appeals the district court's order granting summary judgment in Appellee's favor in this personal injury action. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hurst v. Home Depot U.S.A., Inc. No. CA-99-1334-2-11 (D.S.C. June 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument will not aid the decisional process.

AFFIRMED